UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TOMMY G. THOMPSON *et al.*,<br><br>    Defendants,<br><br>and<br><br>KEVIN W. CONCANNON,<br><br>    Intervenor-Defendant. | Civil Action No.: 01-1453 (RMU)<br><br>Document Nos.: 8, 10, 17, 18<br><br>**FILED**<br>FEB 2 5 2002<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## ORDER

**GRANTING THE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT;
GRANTING THE INTERVENOR-DEFENDANT'S MOTION FOR SUMMARY JUDGMENT;
DENYING THE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

For the reasons stated in the court's Memorandum Opinion separately and contemporaneously issued,

it is this **25** day of February 2002,

**ORDERED** that the defendants' motion for summary judgment is **GRANTED**; and it is

**FURTHER ORDERED** that the intervenor-defendant's motion for summary judgment is **GRANTED**; and it is

**ORDERED** that the plaintiff's motion for summary judgment is **DENIED**.

**SO ORDERED**.

                                                           Ricardo M. Urbina
                                                           United States District Judge

*Pharmaceutical Research and Manufacturers of America v. Thompson et al.*
#2001-cv-1453

## SERVICE LIST

**Allen R. Snyder**
**Jeffrey Pariser**
**Jeremy Monthy**
Hogan & Hartson, LLP
Columbia Square
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109

*Counsel for the plaintiff*

**Peter Robbins**
**Sheila Mae Lieber**
U.S. Department of Justice
Civil Division
901 E Street, N.W
P.O. BOX 883
Washington, D.C. 20530

*Counsel for the defendants*

**John R. Brautigam**
**Andrew S. Hagler**
Department of Attorney General
Six State House Station
Augusta, ME 04333

*Counsel for the intervener-defendant*

**The law clerk assigned to this case is:  James Stephen Azadian**